FILED '07 SEP 05 12:28 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JANET L. SHANNON,                                   06-CV-6214-JE

        Plaintiff,                          ORDER

v.

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

        Defendant.


**KATHRYN TASSINARI**
Harder Wells Baron & Manning, PC
474 Willamette Street
Suite 200
Eugene, OR 97401
(541) 434-6466

        Attorneys for Plaintiff

**KARIN J. IMMERGUT**
United States Attorney
**NEIL J. EVANS**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204-2902
(503) 727-1053

1 - ORDER

**MICHAEL McGAUGHRAN**
Office of the General Counsel
**JOANNE E. DANTONIO**
Social Security Administration
701 Fifth Avenue, Suite 2900
M/S 901
Seattle, WA 98104
(206) 615-2730

      Attorneys for Defendant

**BROWN, Judge.**

  Magistrate Judge John Jelderks issued Findings and Recommendation (#18) on July 17, 2007, in which he recommended the Court reverse the Commissioner's decision terminating Plaintiff's receipt of disability insurance benefits and remand this matter for payment of benefits. Defendant filed timely objections to the Findings and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

  When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982).

  This Court has carefully considered Defendant's objections and concludes they do not provide a basis to modify the Findings

and Recommendation.  This Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## **CONCLUSION**

The Court **ADOPTS** Magistrate Judge Jelderks's Findings and Recommendation (#18).  Accordingly, the Court **REVERSES** the Commissioner's decision and **REMANDS** this matter to the above administrative agency for an award of benefits.

IT IS SO ORDERED.

DATED this 4th day of September, 2007.

_____
ANNA J. BROWN
United States District Judge

3 - ORDER