Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466
Attorneys for Plaintiff


UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**JANET L. SHANNON,**

                    Plaintiff,

      vs.

**MICHAEL J. ASTRUE**,
Commissioner of Social Security
Administration,

                    Defendant.
_____

Civil No. 06-6214-JE

**ORDER FOR ATTORNEY FEES
PURSUANT TO EAJA**

After considering the Stipulated Motion of the parties submitted herein, it is hereby

ordered that Commissioner shall pay Plaintiff's attorney the sum of $7397.92 in full settlement

of all claims for fees under EAJA.  There are no other costs.

IT IS SO ORDERED this 1st day of  November, 2007

                        ___/s/_John_Jelderks_____
                        U.S. District Judge

PRESENTED BY:

By:    /s/ DREW L. JOHNSON
       Drew L. Johnson, OSB #75200
       Of Attorneys for Plaintiff